Argued November 16, affirmed November 29, 1976

STATE OF OREGON, *Respondent,*

*v.*

RANDOLPH BRUCE MC ALLISTER, *Appellant.*

(9162, CA 6425)

556 P2d 148

W. Michael Gillette, Solicitor General, and Donald L. Paillette, Assistant Attorney General, Salem, attorneys for respondent.

Gary D. Babcock, Public Defender and Gary L. Hooper, Assistant Public Defender, Salem, attorneys for appellant.

Before Schwab, Chief Judge, and Lee and Richardson, Judges.

PER CURIAM.

Affirmed. *State v. Walgraeve,* 243 Or 328, 412 P2d 23, 413 P2d 609 (1966); *State v. Forsyth,* 20 Or App 624, 533 P2d 176, Sup Ct *review denied* (1975).